# COMPLAINT FORM
(For filers who are prisoners without lawyers)
(Revised 4/19/2022)

**FILED**
01/30/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Kyle D. Schneider

Vs.

Centurion Medical Services

Case Number: 1:23-cv-185-RLY-MJD

(To be supplied by clerk of court)

A. PARTIES:

1. Plaintiff is a citizen of Indiana and is located at The Indiana Reformatory 4490 West Reformatory Road Pendleton, IN. 46064.

2. Defendant is Centurion Medical Services a corporation located contractually with The Indiana Department of Corrections, specifically Miami Correctional Facility during the time of incident.

B. STATEMENT OF CLAIM

Employees of Centurion Medical Services, who were contractually obligated to provide adequate medical care to incarcerated individuals, specifically the employees charged with the administration of x-ray services, and then those with the ability to provide prescriptions, violated my rights through the deliberately indifferent inadequate medical treatment I received. I made continual request to be

provided with an antibiotic, as an injury that occurred as a result of my daily recreation activities failed to heal properly, and the swelling and pain noticeably worsened. Along with the visually noticeable swelling, three weeks after the initial injury had occurred there was an increase in pain, immobility, and obvious tissue damage/redness. I continually stopped and spoke with medical staff, filed a grievance, and even had an emergency medical signal called in order to attempt to identify to the proper personal that there was an issue. The x-ray technician did not utilize the proper angles when administering the x-ray as at a later date there was in fact a break determined (Dr. Piedmont SVA Anderson Emergency Nov. 2021). This was after I had been transferred to another facility within the Department of Corrections, and had to again go through the proper chain of command to establish medical issue, which all took roughly 3 weeks. By this time the inflamed tissue I believe medically referred to as cellulitis, had developed into the bony destructive process known as osteomyelitis, from which I will have lifelong suffering due to septic and erosive arthritis. I currently have about 10% range of motion in my third knuckle of my middle finger on my right hand, my dominant hand, and have found many different daily tasks difficult to perform such as bathroom duties and typing this today. All of this could have been prevented had I been prescribed a regiment of antibiotics to combat the initial onset of infection when they were specifically requested multiple times by my person. This all occurred at Miami Correctional Facility in the fall of 2021 specifically during the months of September and October.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like financial compensation due to the lifelong suffering that will occur without medical surgical intervention. I would like to discuss surgical options to determine if this is something that I would be interested in pursuing.

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

Dated this 30th day of January 2023.

Respectfully Submitted,

_____
Signature of Plaintiff
Kyle D. Schneider #221988
4490 West Reformatory Road
Pendleton, IN. 46064

F. **OPTIONAL CERTIFICATION**

      Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.